Althea Woodson v. The Boeing Company
Case No. 2:17-cv-01096-PMD-KFM
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

# EXHIBIT "O"

## WORKPLACE AND SEXUAL HARASSMENT POLICY

## CONFIDENTIAL INFORMATION SUBMITTED TO THE COURT IN CONNECTION WITH CONFIDENTIALITY ORDER FILED ON 6/12/17